# EXHIBIT B

<u>**EXHIBIT B**</u>

**UNITED STATES PATENT NO. 8,424,752**
**CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE INDEPENDENT CLAIM 1 AND DEPENDENT CLAIMS 2, 3, AND 5**

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US 8,424,752 | Royal Caribbean Cruise (Celebrity Cruises) |
|---|---|
| 1. A method comprising: | The defendant offers cruise bookings through their website which the users can visit and book a cruise for destinations such as Alaska, Bermuda, Caribbean etc. Celebrity Cruises includes a QR Code on their ads and marketing flyers to attract customers. The QR Code includes the Celebrity Cruises' webpage hyperlink for subscribing to their promotions and offers through email. These QR Codes available on ads and marketing flyers can be scanned on a smartphone or tablet to access the personal details form page for subscribing to promotions and offers available at the Celebrity Cruises website. |



Source: https://www.Celebrity Cruises.com/home.jsp



Source: Captured from an actual marketing flyer from Celebrity Cruises

To read the QR Code information, the user has to use a smartphone or a tablet having an in-built functionality to read a QR code or should have an app installed capable of reading QR Codes. Both Android and iPhones offer in-built QR code reading ability using the camera app. Alternatively, for the older smartphones, the QR Code can be read using several applications that are offered.

"**Android 9 has an in-built QR code scanner courtesy of Google Lens. Consumers have to open their camera app and point it at the QR code and see a URL pop-up**.

Activating Google Lens

To activate Google Lens suggestions, open the camera app and click on more. Open Settings and activate Google Lens suggestions."

3

Source: https://blog.beaconstac.com/how-to-scan-qr-codes-with-androidphones/ (emphasis added)

# How to scan QR code on iPhone: quick summary

1. Open up the camera app on your iPhone or iPad
2. Hold the camera so the QR code is clearly visible
3. Your device will recognize the code, and show you a notification
4. Tap the notification to be taken to the destination of your QR code

Source:   https://www.techradar.com/in/how-to/phone-and-communications/mobile-phones/how-to-scan-qr-codes-from-your-iphone-or-ipad-1308841

Exemplary QR-Code Reader Application for Android and iPhone Smartphones:



Source: https://play.google.com/store/apps/details?id=me.scan.android.client
Source: https://apps.apple.com/us/app/qr-reader-for-iphone/id368494609

4

Refer below for images (as taken from Samsung Galaxy Note 9 (Android OS) smartphone) for step-by-step method to access QR Code's embedded information:

1. QR Code to be scanned (available on Celebrity Cruises' ads and marketing flyers);



Source: Captured from an actual marketing flyer from Celebrity Cruises

2. Initiating the scanning of the QR Code using Galaxy Note 9's built in camera app;

5



Source: Screenshots from Galaxy Note 9 smartphone.

3. The scan detects that it is a QR Code and pops up an information related to it;



Source: Screenshots from Galaxy Note 9 smartphone.

4. Tapping on the pop-up redirects to a "Celebrity Cruises" website. The Celebrity Cruises remote server then responds to user's request and displays the decoded information related to the QR Code i.e. personal details form page for users to fill in and subscribe to promotions and offers running currently on their website;

7



Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.

| capturing a digital image using a digital image capturing device that is part of a portable electronic device; | The accused instrumentality uses a portable electronic device (e.g., smartphone such as Samsung Galaxy Note 9) for capturing a digital image using a digital image capturing device that is part of the portable electronic device (e.g., scanning Celebrity Cruises' ads and marketing flyers' QR Code using Note 9's built in camera). |
|---|---|



Source: Captured from an actual marketing flyer from Celebrity Cruises



Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.

11



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.

Generally, Android and iPhone smartphones now have a built in QR code reading functionality which uses "Camera" app of a smartphone to decode and access the hidden information.

> "**Android 9 has an in-built QR code scanner courtesy of Google Lens. Consumers have to open their camera app and point it at the QR code and see a URL pop-up**.
>
> Activating Google Lens
>
> To activate Google Lens suggestions, open the camera app and click on more. Open Settings and activate Google Lens suggestions."

Source: https://blog.beaconstac.com/how-to-scan-qr-codes-with-androidphones/ (emphasis added)

| | |
|---|---|
| | ## How to scan QR code on iPhone: quick summary<br><br>1. Open up the camera app on your iPhone or iPad<br>2. Hold the camera so the QR code is clearly visible<br>3. Your device will recognize the code, and show you a notification<br>4. Tap the notification to be taken to the destination of your QR code<br><br>Source:   https://www.techradar.com/in/how-to/phone-and-communications/mobile-phones/how-to-scan-qr-codes-from-your-iphone-or-ipad-1308841 |
| detecting symbology associated with an object within the digital image using a portable electronic device; | The accused instrumentality detects symbology (e.g., scanning Celebrity Cruises' ads and marketing flyers' QR Code results in a pop-up appearing with Celebrity Cruises' website hyperlink) associated with an object (e.g., personal details form page which the users can fill in and subscribe to current promotions and discount on Celebrity Cruises' website) within the digital image using a portable electronic device (e.g., smartphone such as Samsung Galaxy Note 9).<br><br> |

Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.

Generally, Android and iPhone Smartphones offer built-in QR Code reading functionality through the camera app which when detects a QR Code triggers an overlay with detected information.

 

"**Focus the camera to QR-code. The Screen search shows the content of QR-code**: clickable link and sharing option."

Source: https://medium.com/simple-way-to-scan-qr-codes-by-android-without-downloading-app (emphasis added)

| | |
|---|---|
| decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device; | The accused instrumentality decodes the symbology (i.e., Celebrity Cruises' ads and marketing flyers' QR Code pattern) within the "Camera" app of the smartphone to obtain a decode string (e.g., scanned QR code includes information such as Celebrity Cruises website's hyperlink for a personal details form page which the users can fill in and subscribe to current promotions and offers) using the visual detection application (e.g., "Camera" residing in the portable electronic device (e.g., smartphone such as Samsung Galaxy Note 9). Alternatively, the decode string can be decoded using any QR reading enabled visual detection smartphone application installed on the portable electronic device (e.g., QR Code Reader app installed on Samsung Galaxy Note 9). |



Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.

| | |
|---|---|
| |  |
| | Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone. |
| sending the decode string to a remote server for processing; | The accused instrumentality sends the decoded string (e.g., Celebrity Cruises website's hyperlink which can be clicked by the user to send the information associated with the QR code) to a remote server for processing (e.g., Celebrity Cruises' server via any browser app on the smartphone). |



Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.

| | |
|---|---|
| receiving information about the object from the remote server wherein the information is based on the decode string of the object | The accused instrumentality uses a smartphone for receiving information about the object from the remote server (e.g., after clicking on the Celebrity Cruises website's hyperlink that is obtained by scanning the QR code, the smartphone receives the information from Celebrity Cruises' remote server based on the marketing flyer scanned) wherein the information is based on the decode string of the object (e.g., Celebrity Cruises' website hyperlink containing personal form webpage which the users can fill in and subscribe to current promotions and offers). |



Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.

| displaying the information on a display device associated with the portable electronic device. | The accused instrumentality uses a smartphone for displaying the information on a display device associated with the portable electronic device (e.g., smartphone such as Samsung Galaxy Note 9's screen).<br><br>See below, smartphone sends the decode string to a remote server for processing. The information is received and it is displayed on the display associated with the smartphone: |
|---|---|



Source: Screenshots from Galaxy Note 9 smartphone.

| | |
|---|---|
| 2. The method of claim 1, further comprising enabling a user of the portable electronic device to select one or more presets before the symbology is detected. | The accused instrumentality's symbology (e.g., Celebrity Cruises' ads and marketing flyers' QR Code) can be detected when a user of a portable electronic device (e.g., user operating a smartphone such as Samsung Galaxy Note 9) selects one or more presets (e.g., using "Camera" or "QR Code Reader" mobile application to initiate scanning or capturing of the QR code). See Claim 1 above.<br><br>Initiating the scanning of the QR Code using Galaxy Note 9's built in camera app: |



Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.

| | |
|---|---|
| 3. The method of claim 2, wherein the presets include at least one of a selection of one or more visual detection applications to handle scanning operations, a selection of one or more visual detection applications to handle image capture operations, a maximum number of applications configured to receive a decode string, an | The accused instrumentality's symbology (e.g., Celebrity Cruises' ads and marketing flyers' QR Code) can be detected when a user of a portable electronic device (e.g., user operating a smartphone such as Samsung Galaxy Note 9) selects one or more presets (e.g., using "Camera" or "QR Code Reader" mobile application to initiate scanning or capturing of the QR code). Next, user can read the decode string using another preset which receives a decode string (e.g., "browser" application's display screen). See Claim 1 and 2 above.<br><br>Initiating the scanning of the QR Code using Galaxy Note 9's built in camera app: |

amount of information to be displayed, the type of information to be displayed, and e-commerce options.



Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.

| 5. The method of claim 1, wherein the one or more visual detection systems are configured to automatically detect the symbology. | The accused instrumentality uses a visual detection system which is configured to automatically detect the symbology (e.g., user using a smartphone such as Samsung Galaxy Note 9 when opens a "camera" app or "QR Code Reader" app automatically detects the QR Code's information and issues a pop-up with the decoded information) without the user clicking on the camera button.<br><br>Initiating the scanning of the QR Code using Galaxy Note 9's built in camera app: |



Source: Screenshots from Galaxy Note 9 smartphone.

Alternatively, refer below for screenshots as captured on QR Code Reader App installed on Samsung Galaxy Note 9.



Source: Screenshots from QR Code Reader App installed on Galaxy Note 9 smartphone.